

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2015

No. 04-15-00453-CV

Stanley **FREEMAN**,
Appellant

v.

Sumiko **FREEMAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-13915
Honorable Larry Noll, Judge Presiding

## ORDER

    The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to November 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:        Lucille Gale Forrest                  Gary A. Beahm
            Lucille Forrest Law Office         Gary A Beahm PC
            214 Rosewood Dr                  3003 NW Loop 410 Ste 205
            Universal City, TX 78148-4113     San Antonio, TX 78230-5132

            Anthony Walluk
            111 Soledad St Ste 300
            San Antonio, TX 78205-2321